NATIONAL LIFE AND ACCIDENT INSURANCE CO., Movant, v. Dorothy E. TANLEY, Opposed.

Court of Appeals of Kentucky.

June 12, 1942.

Bruce and Bullitt, William Marshall, Bullitt, and Donald Q. Taylor for movant.

William J. Goodwin, opposed.

PER CURIAM.

Judgment for $250 on insurance policy covering accidental death. Motion for appeal denied and judgment affirmed.

G. O. SMITH, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 29, 1942.

C. A. Pepper for appellant.

Hubert Meredith, Attorney General, and Frank A. Logan, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.